USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10/14/2022_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARNER,<br><br>                      Plaintiff,<br><br>-against-<br><br>AMAZON.COM, INC., ET AL.,<br><br>                      Defendants. | 22-cv-05907 (ALC)<br><br>**ORDER SETTING CONFERENCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' pre-motion conference letters concerning Defendants' anticipated motion to dismiss. *See* ECF Nos. 33, 39. Defendants' request is hereby **GRANTED**. The Court will hold a pre-motion conference on **Thursday, October 27, 2022 at 1:00PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED.

Dated:    October 14, 2022
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**