**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/19/2022
```

**WARNER,**

                       **Plaintiff,**

              -against-

**AMAZON.COM, INC., ET AL.,**

                     **Defendants.**

**22-cv-05907 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Defendants' letter requesting an adjournment of the pre-motion conference scheduled for October 27, 2022. ECF. No. 45. **The pre-motion conference is hereby ADJOURNED until November 1, 2022 at 11:00AM Eastern time.** All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    October 19, 2022
             New York, New York

                                                      */s/ Andrew L. Carter, Jr.*
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**