**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/1/2022
```

**WARNER.,**

          **Plaintiff,**

-against-

**AMAZON.COM, INC., ET AL.,**

          **Defendants.**

**22-cv-05907 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's Court Conference:

- Plaintiff is **GRANTED** leave to file an amended complaint on or by **November 22, 2022**.

In follow-up from the Conference:

- **December 6, 2022:** The parties are ordered to file a Joint Status Report advising the Court on whether Defendants still wish to move to dismiss the amended complaint. If Defendants still wish to move to dismiss, then the parties will submit a proposed briefing schedule.

**SO ORDERED.**

Dated:    November 1, 2022
            New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**