```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/30/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **WARNER,** | |
| Plaintiff, | **22-cv-05907 (ALC)** |
| -against- | |
| **AMAZON.COM, INC., ET AL.,** | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report. ECF No. 51. Defendants are hereby **GRANTED** leave to file a motion to dismiss. The parties are directed to adhere to the following briefing schedule:

**Opening Brief:**   **January 26, 2023**

**Opposition:**   **February 27, 2023**

**Reply:**   **March 20, 2023**

**SO ORDERED.**

Dated:   December 30, 2022
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**